**Opinion issued January 10, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-01078-CV

———————————

## IN RE WTF DISTRIBUTION TRUST, EDWARD PAGE OLIVER, AND ROBERT L. ROUNER, AS TRUSTEE OF WTF DISTRIBUTION TRUST, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, WTF Distribution Trust, Edward Page Oliver, and Robert L. Rouner, as Trustee of WTF Distribution Trust, filed this petition for writ of mandamus, complaining of the trial court's November 26, 2012 order denying their motion for continuance.

On December 1, 2012, relators filed a letter informing the court that the underlying suit between the parties had been settled and that the request for a writ of mandamus was moot.

Accordingly, we **DISMISS** the petition for writ of mandamus as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.